

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00883-CR

Gabrielle **DE ARROYO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR5788
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 28, 2021.

Beth Watkins, Justice